NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

MALIK JALEEL LAWS, *Petitioner*.

No. 1 CA-CR 21-0060 PRPC
FILED 8-24-2021

Petition for Review from the Superior Court in Maricopa County
No. CR 2018-156744-001
The Honorable Marvin L. Davis, Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Amanda M. Parker
*Counsel for Respondent*

Malik Jaleel Laws, Florence
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Jennifer B. Campbell, Judge Samuel A. Thumma, and Chief Judge Kent E. Cattani delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**　　　　Petitioner Malik Jaleel Laws seeks review of the superior court's order denying his first petition for post-conviction relief.

**¶2**　　　　Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**　　　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**　　　　We grant review but deny relief. Petitioner's outstanding motions are denied as moot.

